UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14148-ROSENBERG/MAYNARD

NUSRAT RIZVI,

    Plaintiff,

v.

EXPERIAN,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND CLOSING CASE

This matter is before the Court upon Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment. DE 22. The Court previously referred the Motion for Summary Judgment to the Honorable Shaniek M. Maynard for a Report and Recommendation. DE 37. Judge Maynard issued a Report and Recommendation on August 2, 2021, recommended that the Motion for Summary Judgment be granted. DE 48.

Plaintiff has not objected to the Report and Recommendation, and the time to file Objections has expired. The Court has conducted a *de novo* review of the briefing and evidence submitted for the Motion for Summary Judgment, the Report and Recommendation, and the entire record, and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Maynard's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 48] is **ADOPTED** as the Order of the Court.

2. Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment [DE 22] is **GRANTED**.

3. Within three business days of the date of this Order, Defendant shall email to the Court (Rosenberg@flsd.uscourts.gov) a proposed Final Judgment in Word format.

4. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELED**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of August, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record